UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALAN HIRSCH, JEFF CARMON, STACY EGGERS IV, KEVIN N. LEWIS, SIOBHAN O'DUFFY MILLEN, KARREN BRINSON BELL, )<br>)<br>)<br>)<br>Defendants, )<br>)<br>and )<br>)<br>PHILIP E. BERGER and TIMOTHY K. MOORE, )<br>)<br>Intervenors. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-275-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on July 19, 2024 [DE 64], the court GRANTS the legislative defendants' motion to dismiss [D.E. 37], DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint, DENIES plaintiff's motion for a preliminary injunction [D.E. 33], and DISMISSES AS MOOT plaintiff's motion to consolidate [D.E. 49].

This Judgment filed and entered on July 19, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

July 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk